UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MANUEL LAVELLE BODY,

    Petitioner,

v.

COUNTY OF SAN LUIS OBISPO SUPERIOR COURT,

    Respondent.

Case No. CV 09-1291 VBF (AJW)

ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: 6-24-09

Valerie Baker Fairbank
United States District Judge