UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MANUEL LAVELLE BODY,

        Petitioner,

vs.

COUNTY OF SAN LUIS OBISPO SUPERIOR COURT,

        Respondent.

No. CV 09-1291-VBF (AJW)

JUDGMENT

IT HEREBY IS ADJUDGED that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 6-24-09

_____
Valerie Baker Fairbank
United States District Judge